Michael R. Reese (SBN 206773)
*mreese@reeserichman.com*
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Clayton D. Halunen (*pro hac vice* to be filed)
*halunen@halunenlaw.com*
Melissa Wolchansky (*pro hac vice* to be filed)
*wolchansky@halunenlaw.com*
**HALUNEN AND ASSOCIATES**
1650 IDS Center 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

*Attorneys for Plaintiff Hoai Dang and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HOAI DANG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendants. | Case No. 5:14-cv-00530-LHK<br><br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION, TO STAY PLAINTIFF'S INDIVIDUAL CLAIMS PENDING ARBITRATION, AND TO DISMISS PLAINTIFF'S CLASS CLAIMS**<br><br>**AND**<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

On February 9, 2015, Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung" or "Defendants") filed a Motion to Compel Arbitration, to Stay Plaintiff's Individual Claims Pending Arbitration, and To Dismiss Plaintiff's Class Claims (ECF No. 37), and, alternatively, a Motion to Dismiss (ECF No. 39) (collectively, "Motions").

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff has 21 days from the date of the filing of Defendants' Motions to file an amended complaint in response to Defendants' Motions. Plaintiff will file an amended complaint on or before March 2, 2015 (which is 21 days from the date on which Defendants' filed the Motions). The amended complaint will moot Defendants' Motions.

Plaintiff respectfully requests the Court deny as moot Defendants' Motions pending the filing of Plaintiff's amended complaint.

Dated: February 23, 2015

Respectfully submitted,

**REESE RICHMAN LLP**
By: * /s/ Michael R. Reese*
Michael R. Reese (SBN 206773)
*mreese@reeserichman.com*
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

\- and -

Clayton D. Halunen
*halunen@halunenlaw.com*
Melissa Wolchansky
*wolchansky@halunenlaw.com*
**HALUNEN AND ASSOCIATES**
1650 IDS Center 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

*Attorneys for Plaintiff Hoai Dang and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Michael R. Reese, hereby certify that on February 23, 2015, I caused an electronic copy of the foregoing document to be filed via the Court's CM/ECF system, which will cause true and correct copies to be electronically served on all counsel of record.

*/s/ Michael R. Reese*
Michael R. Reese