Michael R. Reese (SBN 206773)
*mreese@reeserichman.com*
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Clayton D. Halunen (*pro hac vice* to be filed)
*halunen@halunenlaw.com*
Melissa Wolchansky (*pro hac vice* to be filed)
*wolchansky@halunenlaw.com*
**HALUNEN AND ASSOCIATES**
1650 IDS Center 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

*Attorneys for Plaintiff Hoai Dang and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HOAI DANG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendants. | Case No. 3:14-cv-00530-SI<br><br>**DECLARATION OF PLAINTIFF HOAI DANG PURSUANT TO CIVIL CODE SECTION 1780(d)** |

Case3:14-cv-00530-SI Document6 Filed02/03/14 Page2 of 3

I, Hoai Dang, declare as follows:

1. I submit this Declaration pursuant to Civil Code section 1780(d). I have personal knowledge of the matters set forth herein and if called as a witness could and would competently testify thereto.

2. I purchased my Samsung Galaxy S III device, one of the products at issue, in Santa Clara County. Thus, one of the transactions at issue (or a substantial portion thereof) occurred in Santa Clara County, making it a proper place for this action under Civil Code section 1780(d).

3. Santa Clara County is within the jurisdiction of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 2/5/14 By: [signature]
HOAI DANG

Case3:14-cv-00530-SI Document6 Filed02/05/14 Page3 of 3

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 5, 2014, a copy of the foregoing **DECLARATION OF PLAINTIFF HOAI DANG PURSUANT TO CIVIL CODE SECTION 1780(d)** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send copies to all counsel of record.

*/s/ Michael R. Reese*
Michael R. Reese