UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOAI DANG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case No.: 14-CV-00530-LHK<br><br>**ORDER LIFTING STAY, DENYING AS MOOT MOTION TO DISMISS, VACATING HEARING ON MOTION TO DISMISS, AND ORDERING A RESPONSE RE MOTION TO COMPEL ARBITRATION** |

On January 8, 2015, Plaintiff filed proof of service on Defendant Samsung Electronics Co., Ltd. in Korea. ECF No. 36. Pursuant to the Court's order amending the order staying proceedings, ECF No. 34, the Court hereby lifts the stay.

On February 9, 2015, Defendants filed a motion to dismiss and a motion to compel arbitration. ECF Nos. 37, 39. In response, Plaintiff indicated on February 23, 2015, that he would be filing an amended complaint on or before March 2, 2015, that "will moot Defendants' Motions." ECF No. 41 at 2. On March 2, 2015, Plaintiff filed the amended complaint. ECF No. 44. Accordingly, the Court hereby DENIES as moot Defendants' motion to dismiss and

1

Case No.: 14-CV-00530-LHK
ORDER LIFTING STAY, DENYING AS MOOT MOTION TO DISMISS, VACATING HEARING ON MOTION TO DISMISS, AND ORDERING A RESPONSE RE MOTION TO COMPEL ARBITRATION

1  VACATES the hearing on that motion set for June 11, 2015, at 1:30 p.m.  *See Baker v. Lewis*, No.
2  C 11-3493 LHK PR, 2012 WL 1932867, at *1 (N.D. Cal. May 29, 2012) (denying as moot
3  defendants' motion to dismiss the original complaint "[b]ecause Plaintiff's amended complaint is
4  the operative complaint").

Defendants never filed a reply in support of their motion to compel arbitration.  As a result, the Court ORDERS Defendants to file a response not to exceed two pages in length by March 18, 2015, at 5:00 p.m. indicating whether Defendants agree that Plaintiff's filing of an amended complaint also moots Defendants' motion to compel arbitration.

**IT IS SO ORDERED.**

Dated: March 16, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-00530-LHK
ORDER LIFTING STAY, DENYING AS MOOT MOTION TO DISMISS, VACATING HEARING ON MOTION TO DISMISS, AND ORDERING A RESPONSE RE MOTION TO COMPEL ARBITRATION