United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HOAI DANG, on behalf of himself and all others similarly situated,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

Defendants.

Case No.: 14-CV-00530-LHK

**ORDER DENYING AS MOOT MOTION TO COMPEL ARBITRATION, VACATING HEARING ON MOTION TO COMPEL ARBITRATION, AND ADVANCING CASE MANAGEMENT CONFERENCE**

In light of Defendants' response (ECF No. 47) to the Court's order of March 16, 2015 (ECF No. 46), the Court hereby DENIES as moot Defendants' motion to compel arbitration (ECF No. 37), which was directed at Plaintiff's now-abandoned complaint, and VACATES the hearing on that motion set for June 11, 2015, at 1:30 p.m.

The Court also ADVANCES the initial case management conference set for June 11, 2015, at 1:30 p.m. to April 29, 2015, at 2:00 p.m. The parties shall file their joint case management statement by April 22, 2015.

**IT IS SO ORDERED.**

Dated: March 18, 2015

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California