# Exhibit A

*Dang et al. v. Samsung Electronics Co., Ltd. et al.*
No. 5:14-cv-00530
Amended Class Action Complaint
United States District Court
Northern District of California

**List of Products at Issue**

Samsung Fascinate (model SCH-I500)
Samsung Captivate (model SGH-I897)
Samsung Infuse 4G (model SGH-I997)
Samsung Galaxy Tab (model SCH-I800)
Samsung Galaxy Tab 10.1 (model SCH-1905)
Captivate (JX 1011)
Continuum (JX 1016)
Droid Charge (JX 1025)
Epic 4G (JX 1012)
Exhibit 4 G (JX 1028)
Facinate (JX 1013)
Galaxy Ace (JX 1030)
Galaxy Prevail (JX 1022)
Galaxy S (i9000) (JX 1007)
Galaxy S Showcase (i500) (JX 1017)
Galaxy S 4G (JX 1019)
Galaxy S II (AT&T) (JX 1031)
Galaxy S II (i9100) (JX 1032)
Galxay S II (T-Mobile) (JX 1033)
Galaxy S II (Epic 4G Touch) (JX 1034)
Galaxy S II (Skyrocket) (JX 1035)
Galaxy Tab (JX 1036)
Galaxy Tab 10.1 (WiFi) (JX 1037)
Gem (JX 1020)
Indulge (JX 1026)
Infuse 4G (JX 1027)
Mesmerize (JX 1015)
Nexus S 4G (JX 1023)
Replenish (JX 1024)
Transform (JX 1014)
Vibrant (JX 1010)
Galaxy S III
Galaxy S III – Verizon
Galaxy Note
Galaxy S II Skyrocket
Galaxy S II Epic 4G Touch
Galaxy S II
Galaxy S II - T-Mobile
Galaxy S II - AT&T
Galaxy Nexus
Illusion
Captivate Glide
Exhibit II 4G

Stratosphere
Transform
Ultra Admire
Conquer 4G
Dart smartphones,
Galaxy Player 4.0
Galaxy Player 5.0
Galaxy Note 10.1
Galaxy Tab 7.0 Plus
Galaxy Tab 8.9.