# Exhibit B
# (Part I)

*Dang et al. v. Samsung Electronics Co., Ltd. et al.*

No. 5:14-cv-00530

Amended Class Action Complaint

United States District Court

Northern District of California

ORIGINAL

HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

FILED
APR 15 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.

Defendants.

Case No. CV 11 1846 LB

**JURY TRIAL DEMAND**

**COMPLAINT FOR PATENT INFRINGEMENT, FEDERAL FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION, FEDERAL TRADEMARK INFRINGEMENT, STATE UNFAIR COMPETITION, COMMON LAW TRADEMARK INFRINGEMENT, AND UNJUST ENRICHMENT**

By Fax

Plaintiff Apple Inc. ("Apple") complains and alleges as follows against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

## THE NATURE OF THE ACTION

1. Apple revolutionized the telecommunications industry in 2007 when it introduced the wildly popular iPhone, a product that dramatically changed the way people view mobile phones. Reviewers, analysts and consumers immediately recognized the iPhone as a "game changer." Before the iPhone, cell phones were utilitarian devices with key pads for dialing and small, passive display screens that did not allow for touch control. The iPhone was radically different. In one small and lightweight handheld device, it offered sophisticated mobile phone functions, a multi-touch screen that allows users to control the phone with their fingers, music storage and playback, a mobile computing platform for handheld applications, and full access to the Internet. These features were combined in an elegantly designed product with a distinctive user interface, icons, and eye-catching displays that gave the iPhone an unmistakable look.

2. Those design features were carried over to the iPod touch, another product that Apple introduced in 2007. The iPod touch has a product configuration and physical appearance that is virtually identical to the iPhone. Moreover, the iPod touch utilizes the same user interface icons and screen layout as the iPhone, displaying the unmistakable iPhone appearance.

3. Apple introduced another revolutionary product, the iPad, in 2010. The iPad is an elegantly designed computer tablet with a color touch screen, a user interface reminiscent of the iPhone's user interface, and robust functionality that spans both mobile computing and media storage and playback. Because of its innovative technology and distinctive design, the iPad achieved instant success.

4. Apple's creative achievements have resulted in broad intellectual property protection for Apple's innovations, including utility and design patents, trademarks, and trade dress protection. Nevertheless, Apple's innovations have been the subject of widespread emulation by its competitors, who have attempted to capitalize on Apple's success by imitating Apple's innovative technology, distinctive user interfaces, and elegant and distinctive product

design. One of the principal imitators is Samsung, which recently introduced the Galaxy line of mobile phones and Galaxy Tab computer tablet, all of which use the Google Android operating system, to compete with the iPhone and iPad. Instead of pursuing independent product development, Samsung has chosen to slavishly copy Apple's innovative technology, distinctive user interfaces, and elegant and distinctive product and packaging design, in violation of Apple's valuable intellectual property rights. As alleged below in detail, Samsung has made its Galaxy phones and computer tablet work and look like Apple's products through widespread patent and trade dress infringement. Samsung has even misappropriated Apple's distinctive product packaging.

5. By this action, Apple seeks to put a stop to Samsung's illegal conduct and obtain compensation for the violations that have occurred thus far.

## THE PARTIES

6. Apple is a California corporation having its principal place of business at 1 Infinite Loop, Cupertino, California 95014.

7. Samsung Electronics Co., Ltd. (referred to individually herein as "SEC") is a Korean corporation with its principal offices at 250, 2-ga, Taepyong-ro, Jung-gu, Seoul, 100-742, South Korea. On information and belief, SEC is South Korea's largest company and one of Asia's largest electronics companies. SEC designs, manufactures, and provides to the U.S. and world markets a wide range of products, including consumer electronics, computer components and myriad mobile and entertainment products.

8. Samsung Electronics America, Inc. (referred to individually herein as "SEA") is a New York corporation with its principal place of business at 105 Challenger Road, Ridgefield Park, New Jersey 07660. On information and belief, SEA was formed in 1977 as a subsidiary of SEC, and markets, sells, or offers for sale a variety of consumer electronics, including TVs, VCRs, DVD and MP3 players, and video cameras, as well as memory chips and computer accessories, such as printers, monitors, hard disk drives, and DVD/CD-ROM drives. On information and belief, SEA also manages the North American operations of Samsung Telecommunications America, Samsung Electronics Canada, and Samsung Electronics Mexico.

9. Samsung Telecommunications America, LLC (referred to individually herein as "STA") is a Delaware limited liability company with its principal place of business at 1301 East Lookout Drive, Richardson, Texas 75081. On information and belief, STA was founded in 1996 as a subsidiary of SEC, and markets, sells, or offers for sale a variety of personal and business communications devices in the United States, including cell phones.

## JURISDICTION

10. This Court has subject matter jurisdiction under 15 U.S.C. § 1121 (action arising under the Lanham Act); 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1338(a) (any Act of Congress relating to patents or trademarks); 28 U.S.C. § 1338(b) (action asserting claim of unfair competition joined with a substantial and related claim under the trademark laws); and 28 U.S.C. § 1367 (supplemental jurisdiction).

11. This Court has personal jurisdiction over SEC, SEA and STA because each of these Samsung entities has committed and continues to commit acts of infringement in violation of 35 U.S.C. § 271 and 15 U.S.C. § 1114 and 1125, and places infringing products into the stream of commerce, with the knowledge or understanding that such products are sold in the State of California, including in this District. The acts by SEC, SEA and STA cause injury to Apple within this District. Upon information and belief, SEC, SEA and STA derive substantial revenue from the sale of infringing products within this District, expect their actions to have consequences within this District, and derive substantial revenue from interstate and international commerce.

## VENUE AND INTRADISTRICT ASSIGNMENT

12. Venue is proper within this District under 28 U.S.C. §§ 1391(b) and (c) because Samsung transacts business within this district and offers for sale in this district products that infringe the Apple patents, trade dress, and trademarks. In addition, venue is proper because Apple's principal place of business is in this district and Apple suffered harm in this district. Moreover, a substantial part of the events giving rise to the claim occurred in this district. Pursuant to Local Rule 3-2(c), Intellectual Property Actions are assigned on a district-wide basis.

## BACKGROUND

### *APPLE'S INNOVATIONS*

13. Apple is a leading designer and manufacturer of mobile communication devices, personal computers, and portable digital media players. As a result of its significant investment in research and development, Apple has developed innovative technologies that have changed the face of the computer and telecommunications industries. One such pioneering technology is Apple's Multi-Touch™ user interface, which allows users to navigate their iPhone, iPod touch, and iPad devices by tapping and swiping their fingers on the screen.

14. In 2007, Apple revolutionized the telecommunications industry when it introduced the iPhone. The iPhone combined in one small and lightweight handheld device sophisticated mobile phone functions, media storage and playback, a tactile user interface that allows users to control the phone with their fingers, mobile computing power to run diverse pre-installed and downloadable applications, and functionality to gain full access to the Internet. These features were combined in an elegant glass and stainless steel case with a distinctive user interface that gave the iPhone an immediately recognizable look.

15. As a direct result of its innovative and distinctive design and its cutting edge technological features, the iPhone was an instant success, and it immediately became uniquely associated with Apple as its source. Reviewers and analysts universally praised the iPhone for its "game changing" features. *Time Magazine* listed the iPhone number one on its List of Top Ten Gadgets for 2007, noting that "[t]he iPhone changed the way we think about how mobile media devices should look, feel and perform." *The New York Times* called it "revolutionary." As of March 2011, more than 108 million iPhones had been sold worldwide.

16. Also in 2007, Apple launched the iPod touch, a digital music player. The iPod touch incorporated the distinct style of the iPhone and also became an immediate success. By March 2011, Apple had sold over 60 million units.

17. After introducing the iPhone, Apple continued to innovate and achieve success with a series of pioneering designs—more sophisticated, advanced versions of the iPhone, and then, in 2010, the iPad. The iPad is a computer tablet with a color 9.7-inch touch screen that

allows users to manipulate icons and data with their fingers in the same fashion as the iPhone and iPod touch screens. Reviewers and analysts immediately recognized the iPad as a revolutionary product, describing it as a "winner" and a "new category of device" that would "replace laptops for many people."

18. No computer product that preceded the iPad looked like the iPad, but its design did resemble other Apple products—namely, the iPhone and the iPod touch, thereby extending the unique and innovative Apple design and trade dress to a new product—tablet computers. In its first 80 days on the market, Apple sold 3 million iPad units. By March 2011, Apple sold over 19 million iPads.

19. Apple's iPhone, iPad and iPod touch products have been extensively advertised throughout the United States in virtually every media outlet, including network and syndicated television, the Internet, billboards, magazines and newspapers—with the vast majority of the advertisements featuring photographs of the distinctive design of these products. Apple's advertising expenditures for these products for fiscal years 2007-2010 were in excess of $2 billion.

20. In addition, Apple's iPhone, iPod touch, and iPad products have received unsolicited comment and attention in print and broadcast media throughout the world. Each new generation of these Apple products is the subject of positive commentary and receives unsolicited praise from independent media commentators. Frequently, these unsolicited commentaries are accompanied by images of the iPhone, iPad, and iPod touch products, including their unique packaging.

21. The Apple iPhone, iPod touch, and iPad product design has come to represent and symbolize the superb quality of Apple's products and enjoys substantial goodwill among consumers. The iPad, iPhone, and iPod touch have garnered widespread acclaim for their unique product design and outstanding performance. *Time Magazine* named the iPad one of the 50 Best Inventions of the Year 2010, *Popular Science* heralded it as the Top Tablet in its Best of What's New 2010 feature, and the popular technology blog Engadget selected the device as both the 2010 Editors' Choice Gadget of the Year and Tablet of the Year. In addition, the iPad received a 2010

Red Dot Award for Product Design and was nominated for the 2010 People's Design Award. The iPhone has received several awards over the years, including a 2008 Design and Art Direction (D&AD) "Black Pencil" award, a 2008 International Forum (iF) Product Design Award, and the 2008 International Design Excellence Award (IDEA) Best in Show. More recently, Engadget named the iPhone 4 the 2010 Editors' Choice Phone of the Year, and the device received the Best Mobile Device award at the Mobile World Congress in February 2011. Engadget also included the iPhone in its feature on the 10 Gadgets That Defined the Decade. The iPod touch won the 2008 D&AD "Yellow Pencil" award as well as the 2008 iF Product Design Award.

## ***APPLE'S INTELLECTUAL PROPERTY RIGHTS***

### **Apple's Utility Patents**

22. Apple has protected its innovative designs and cutting-edge technologies through a broad range of intellectual property rights. Among those rights are the utility patents listed below. Apple's utility patents cover many of the elements that the world has come to associate with Apple's mobile devices. These include patents covering fundamental features of the Multi-Touch™ user interface that enable Apple's devices to understand user gestures and to respond by performing a wide variety of functions, such as selecting, scrolling, pinching, and zooming.

23. In addition, Apple has patented many of the individual features that together add up to the high-quality experience that users have come to associate with Apple products. Apple's innovations ranging from the arrangement of text messages on the screen, to the way images and documents appear to "bounce back" when the user scrolls too far, down to movement of the buttons have been recognized by the United States Patent and Trademark Office as patent-worthy contributions to the art.

24. Among the patents that Apple has been awarded are the patents listed below, attached as Exhibits 1-7, to which Apple owns all rights, title, and interest.

| Patent Number | Title |
|---|---|
| 7,812,828 (the "'828 patent") | Ellipse Fitting For Multi-Touch Surfaces |
| 7,669,134 (the "'134 patent") | Method and Apparatus For Displaying Information During An Instant Messaging Session |
| 6,493,002 (the "'002 patent") | Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System |
| 7,469,381 (the "'381 patent") | List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display |
| 7,844,915 (the "'915 patent") | Application Programming Interfaces for Scrolling Operations |
| 7,853,891 (the "'891 patent") | Method and Apparatus for Displaying a Window for a User Interface |
| 7,863,533 (the "'533 patent") | Cantilevered Push Button Having Multiple Contacts and Fulcrums |

**Apple's Design Patents**

25. Apple also has protected its innovative designs through design patents issued by the United States Patent and Trademark Office. The Apple design patents cover the many famous ornamental features of Apple's devices, such as the flat black face, metallic bezel, and the distinctive matrix of application icons. Apple owns all right, title, and interest in and to each of the asserted design patents listed below, copies of which are attached as Exhibits 8-10.

| Patent Number | Title |
|---|---|
| D627,790 (the "'D790 patent") | Graphical User Interface For a Display Screen or Portion Thereof |
| D602,016 (the "'D016 patent") | Electronic Device |
| D618,677 (the "'D677 patent") | Electronic Device |

**Apple's Trade Dress**

26. Apple holds trade dress protection in the design and appearance of the iPhone, the iPod touch, and the iPad, together with their distinctive user interfaces and product packaging.

**iPhone Trade Dress**

27. The iPhone is radically different from the devices that preceded it. It has a distinctive shape and appearance—a flat rectangular shape with rounded corners, a metallic edge, a large display screen bordered at the top and bottom with substantial black segments, and a selection of colorful square icons with rounded corners that mirror the rounded corners of the iPhone itself, and which are the embodiment of Apple's innovative iPhone user interface. As shown below, the end result is an elegant product that is more accessible, easier to use, and much less technically intimidating than previously available smart phones and PDAs. The iPhone product design immediately became closely associated with Apple.




28. Each of these elements of the iPhone product configuration is distinctive and serves to identify Apple as the source of the iPhone products. Moreover, none of these elements is functional.

29. Extending its innovative style to the packaging, Apple created an equally elegant and distinctive packaging for the iPhone products. The packaging features a compact black or black-and-white box with eye-catching metallic silver lettering on a matte black surface, with the

sides of the top of the box extending down to cover the bottom portion of the box completely. The outside of the box has a clean style—with minimal wording and a simple, prominent, nearly full-size photograph of the iPhone product itself. The style carries over within the box—with the iPhone cradled within a specially designed black display so that the iPhone, and nothing else, is immediately visible when the box is opened. The accessories and instructional materials are hidden from view underneath the iPhone tray—emphasizing the accessible nature of the iPhone itself. The design entices purchasers to pick up the iPhone and try it out, without worrying that it is complicated.









30. As with the product configuration itself, each of these elements of the iPhone packaging is distinctive and serves to identify Apple as the source of the iPhone products.

Moreover, none of these elements is functional—and there are a plethora of alternative packaging options available to Apple's competitors.

**iPod touch Trade Dress**

31. The iPod touch has a product configuration and physical appearance that is virtually identical to the iPhone. It has a flat rectangular shape with rounded corners, a silver edge, a large display screen bordered at the top and bottom with substantial black segments, and a selection of colorful square icons with rounded corners that mirror the rounded corners of the iPod touch (and the iPhone), and which are the embodiment of Apple's innovative iPod touch user interface. As shown below, the end result is an elegant product that invites use. Like the iPhone, the iPod touch immediately became closely associated with Apple.




32. Each of these elements of the iPod touch product configuration is distinctive and serves to identify Apple as the source of the iPod touch products. Moreover, none of these elements is functional.

**iPad Trade Dress**

33. Because it embodies the same trade dress elements as the iPhone, the iPad resembles a "grown-up iPhone." It has a flat rectangular shape with rounded corners, a silver edge, a large display screen with a substantial black border, and a selection of Apple's colorful

square icons—all with rounded corners that mirror the rounded corners of the iPad, iPhone and iPod touch.




34. Each of these elements of the iPad product configuration is distinctive and serves to identify Apple as the source of the iPad products. Moreover, none of these elements is functional.

35. The packaging for the iPad is similarly innovative and, like the iPhone, utilizes a box that, when opened, prominently displays the product so that it is immediately visible, with all other accessories and materials layered beneath it. Also similar to the iPhone, the outside of the iPad box has a clean style—with minimal silver metallic wording and a simple, prominent, nearly full-size photograph of the iPad product on a white background.





36. Each of these elements of the iPad packaging is distinctive and serves to identify Apple as the source of the products. Moreover, none of these elements is functional.

**Trade Dress Registrations**

37. Apple owns three registrations for the design and configuration of the iPhone.

38. U.S. Registration No. 3,470,983 is for the overall design of the product, including the rectangular shape, the rounded corners, the silver edges, the black face, and the display of sixteen colorful icons. Attached hereto as Exhibit 11 is a true and correct copy of U.S. Registration No. 3,470,983.

39. U.S. Registration No. 3,457,218 is for the configuration of a rectangular handheld mobile digital electronic device with rounded corners. Attached hereto as Exhibit 12 is a true and correct copy of U.S. Registration No. 3,457,218.

40. U.S. Registration No. 3,475,327 is for a rectangular handheld mobile digital electronic device with a gray rectangular portion in the center, a black band above and below the gray rectangle and on the curved corners, and a silver outer border and side. Attached hereto as Exhibit 13 is a true and correct copy of U.S. Registration No. 3,475,327.

**Trade Dress at Issue**

41. The following non-functional elements of Apple's product designs comprise the product configuration trade dress at issue in this case (the "Apple Product Configuration Trade Dress"):

- a rectangular product shape with all four corners uniformly rounded;

- the front surface of the product dominated by a screen surface with black borders;
- as to the iPhone and iPod touch products, substantial black borders above and below the screen having roughly equal width and narrower black borders on either side of the screen having roughly equal width;
- as to the iPad product, substantial black borders on all sides being roughly equal in width;
- a metallic surround framing the perimeter of the top surface;
- a display of a grid of colorful square icons with uniformly rounded corners; and
- a bottom row of square icons (the "Springboard") set off from the other icons and that do not change as the other pages of the user interface are viewed.

42. The following non-functional elements of Apple's packaging designs comprise the product packaging trade dress at issue in this case (the "Apple Product Packaging Trade Dress"):

- a rectangular box with minimal metallic silver lettering and a large front-view picture of the product prominently on the top surface of the box;
- a two-piece box wherein the bottom piece is completely nested in the top piece; and
- use of a tray that cradles products to make them immediately visible upon opening the box.

43. Collectively, the Apple Product Configuration Trade Dress and the Apple Product Packaging Trade Dress are referred to herein as the "Apple Product Trade Dress."

**Apple's Trademarks**

44. Apple has protectable trademark rights in various icons used in the user interface in the iPhone, iPod touch, and iPad products—icons that are consistently used in the Apple family of mobile products.

45. For example, U.S. Registration No. 3,886,196 covers an icon that is green in color with a white silhouette of a phone handset arranged at a 45 degree angle and centered on the icon that represents the application for making telephone calls:



Attached hereto as Exhibit 14 is a true and correct copy of U.S. Registration No. 3,866,196.

46. U.S. Registration No. 3,889,642 covers an icon that is green in color with a white silhouette of a speech bubble centered on the icon that represents the application for messaging:



Attached hereto as Exhibit 15 is a true and correct copy of U.S. Registration No. 3,889,642.

47. U.S. Registration No. 3,886,200 covers an icon featuring a yellow and green sunflower against a light-blue background that represents the application for photos:



Attached hereto as Exhibit 16 is a true and correct copy of U.S. Registration No. 3,866,200.

48. U.S. Registration No. 3,889,685 covers an icon that features gears against a gray background that represents the application for settings:



Attached hereto as Exhibit 17 is a true and correct copy of U.S. Registration No. 3,889,685.

49. U.S. Registration No. 3,886,169 covers an icon that features a yellow note pad that represents the application for notes:



Attached hereto as Exhibit 18 is a true and correct copy of U.S. Registration No. 3,886,169.

50. U.S. Registration No. 3,886,197 is for the silhouette of a man on a spiral bound address book that represents the icon for contacts:



Attached hereto as Exhibit 19 is a true and correct copy of U.S. Registration No. 3,886,197.

51. Collectively, the application icons displayed in Paragraphs 45-50 represent Apple's "Registered Icon Trademarks." Apple uses these Registered Icon Trademarks in connection with its iPhone, iPod touch, and iPad products.

52. To represent the iTunes application, Apple uses an icon that is purple in color with a white circular band and a silhouette of two eighth-notes superimposed on the white circular band:



Pending U.S. Application Serial No. 85/041,463 covers this icon (the "Purple iTunes Store Trademark"). Attached hereto as Exhibit 20 is a true and correct copy of the TARR status report for U.S. Application Serial No. 85/041,463.

53. Moreover, Apple also owns a federal trademark registration for a logo for its iTunes on-line music service, U.S. Registration No. 2,935,038, (the "iTunes Eighth Note and CD Design Trademark"):



U.S. Registration No. 2,935,038 issued on March 22, 2005. Apple filed an Affidavit under Section 15 of the Lanham Act on March 24, 2010, rendering the registration incontestable. Attached hereto as Exhibit 21 is a true and correct copy of U.S. Registration No. 2,935,038.

## ***Samsung's Infringing Products***

54. Samsung has imported into or sold in the United States the following products, each of which infringes one or more of Apple's Intellectual Property Rights: the Samsung Captivate, Continuum, Vibrant, Galaxy S 4G, Epic 4G, Indulge, Mesmerize, Showcase,

Fascinate, Nexus S, Gem, Transform, Intercept, and Acclaim smart phones and the Samsung Galaxy Tab tablet.

55. Rather than innovate and develop its own technology and a unique Samsung style for its smart phone products and computer tablets, Samsung chose to copy Apple's technology, user interface and innovative style in these infringing products.

56. Samsung's Galaxy family of mobile products, introduced in 2010, is exemplary. The copying is so pervasive, that the Samsung Galaxy products appear to be actual Apple products—with the same rectangular shape with rounded corners, silver edging, a flat surface face with substantial top and bottom black borders, gently curving edges on the back, and a display of colorful square icons with rounded corners. When a Samsung Galaxy phone is used in public, there can be little doubt that it would be viewed as an Apple product based upon the design alone.

57. Samsung had many options in developing its smart phones. Indeed, earlier versions of Samsung smart phones did not embody the same combination of elements of Apple's trade dress. Even the icons in earlier versions of the Samsung smart phones looked different because they had a variety of shapes—and did not appear as a field of square icons with rounded corners.

58. Samsung it chose to infringe Apple's patents, trade dress, and trademark rights through the design, packaging and promotion of its Galaxy mobile phones and the Galaxy Tab computer tablet, and similar products, and it did so willfully to trade upon the goodwill that Apple has developed in connection with its Apple family of mobile products.

**Infringement of Apple's Patents**

59. Samsung's infringement of the Apple utility patents identified in this Complaint provides Samsung with unique functionality for its products that was the result of Apple's innovation, not Samsung's. Samsung has not obtained permission from Apple to use its inventions in the identified utility patents.

60. Moreover, as the side-by-side comparisons shown below reveal, Samsung has misappropriated Apple's patented mobile phone design in the accused products, including the Samsung Galaxy mobile phone depicted below.

| ’D677 Patent | |
|---|---|
|  |  |
| ’D790 Patent<br><br>FIGURE | <br> |
| ’D016 Patent<br> |  |