MICHAEL R. REESE (SBN 206773)
mreese@reesellp.com
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500
Facsimile (212) 253-4272

MELISSA S. WEINER (Admitted Pro Hac Vice)
mweiner@pswlaw.com
JOSEPH C. BOURNE (SBN 308196)
jbourne@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile:  (612) 389-0610

DANIEL L. WARSHAW
dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiff Hoai Dang and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HOAI DANG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendants. | CASE NO. 5:14-cv-00530-LHK<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

1. NOTICE IS HEREBY GIVEN that Hoai Dang, hereby appeals to the United States Court of Appeal for the Ninth Circuit from the United States District Court, Northern District of California, San Jose Division, Judge Lucy H. Koh's December 3, 2018 Order that resulted in dismissal of Plaintiff's Second Amended Complaint (ECF No. 131). A true and correct copy of the December 3, 2018 Order is attached hereto as Exhibit A.

DATED: January 2, 2019              **REESE LLP**

By:     */s/ Michael R. Reese*
                MICHAEL R. REESE

MICHAEL R. REESE (SBN 206773)
   mreese@reesellp.com
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500
Facsimile (212) 253-4272

MELISSA S. WEINER (Admitted *Pro Hac Vice*)
   mweiner@pswlaw.com
JOSEPH C. BOURNE (SBN 308196)
   jbourne@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile:  (612) 389-0610

DANIEL L. WARSHAW
   dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiff Hoai Dang and the Proposed Class*