MICHAEL R. REESE (SBN 206773)
  mreese@reesellp.com
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

MELISSA S. WEINER (Admitted Pro Hac Vice)
  mweiner@pswlaw.com
JOSEPH C. BOURNE (SBN 308196)
  jbourne@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

DANIEL L. WARSHAW
  dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiff Hoai Dang and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| HOAI DANG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendants. | CASE NO. 5:14-cv-00530-LHK<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S AMENDED NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Hoai Dang hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following Orders of the United States District Court, Northern District of California, San Jose Division (Honorable Lucy H. Koh): (1) the December 3, 2018, Order dismissing Plaintiff's Second Amended Complaint (ECF No. 131), and (2) the July 2, 2018, Order granting Defendants' motion to dismiss Plaintiff's Amended Complaint (ECF No. 107). A true and correct copy of the December 3, 2018, Order is attached hereto as Exhibit A, and a true and correct copy of the July 2, 2018, Order is attached hereto as Exhibit B.

DATED: January 2, 2019                    **REESE LLP**

By:    */s/ Michael R. Reese*
        MICHAEL R. REESE

MICHAEL R. REESE (SBN 206773)
  mreese@reesellp.com
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500
Facsimile (212) 253-4272

MELISSA S. WEINER (Admitted *Pro Hac Vice*)
  mweiner@pswlaw.com
JOSEPH C. BOURNE (SBN 308196)
  jbourne@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile:  (612) 389-0610

DANIEL L. WARSHAW
  dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiff Hoai Dang and the Proposed Class*